**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Coy Ray PHELPS, Defendant— Appellant.**

No. 02–10044.

D.C. No. CR–85–00899–MHP.

United States Court of Appeals, Ninth Circuit.

Submitted March 13, 2003.*

Decided March 17, 2003.

Before GOODWIN, TASHIMA, and WARDLAW, Circuit Judges.

ORDER **

This appeal is ordered dismissed as moot in light of *United States v. Phelps,* 283 F.3d 1176 (9th Cir.2002).

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.